# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NICOLE KORDIE, | : | Case No. 3:24-cv-139 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| HCF MANAGEMENT, INC., | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon the parties' Joint Motion to Stay Case (Doc. #13). The parties move the Court to stay this case for sixty (60) days to allow them to exchange documents and information for the purposes of settlement discussions. (Doc. #13).

For good cause shown, the parties' Joint Motion to Stay Case (Doc. #13) is hereby **GRANTED**. The parties shall file a joint status report on or before **October 22, 2024**.

**IT IS SO ORDERED.**

August 27, 2024

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge